Tom J. Ferber
James A. Janowitz
Benjamin S. Akley
PRYOR CASHMAN LLP
Attorneys for Defendants
7 Times Square
New York, New York 10036-6569
(212)421-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x,
MARCUS WEBB,                                              11 CIV 7517 (JSR)
                Plaintiff,
                                          **NOTICE OF MOTION**

      - against -


SYLVESTER STALLONE, ET AL,

                Defendants.
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed Statement Pursuant to Local Rule 56.1, dated March 15, 2012; the Declaration of Tom J. Ferber dated March 15, 2012 and the exhibits annexed thereto; the Declaration of Sylvester Stallone dated March 12, 2012 and the exhibits annexed thereto; the Declaration of David E. Callaham dated March 14, 2012 and the exhibits annexed thereto; the Declaration of Trevor Short dated March 12, 2012; the accompanying Memorandum of Law; and all prior pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Jed S. Rakoff, in Room 14B at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on April 26th, 2012 at 4:30 in the afternoon, for an Order granting summary judgment and dismissing the Second Amended Complaint of plaintiff Marcus Webb in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Plaintiff's papers in opposition, if any, must be filed and served on or before April 6, 2012, and Defendants' papers in reply, if any, must be filed and served on or before April 18, 2012.

Dated: New York, New York
       March 15, 2012

                              PRYOR CASHMAN LLP

                              By: _____
                              Tom J. Ferber
                              James A. Janowitz
                              Benjamin S. Akley
                              Attorneys for Defendants
                              7 Times Square
                              New York, New York  10036-6569
                              (212) 421-4100
                              *Attorneys for Defendants*

1152326