Tom J. Ferber
James A. Janowitz
Benjamin S. Akley
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
tferber@pryorcashman.com
(212) 421-4100

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARCUS WEBB,

                Plaintiff,

  - against -

SYLVESTER STALLONE, ET AL,

                Defendants.
-----------------------------------------------------------x

11 CIV 7517 (JSR)

**DECLARATION OF TREVOR SHORT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TREVOR SHORT declares as follows:

1. I am the Chief Financial Officer of Nu Image, Inc., one of the defendants in this action. I am personally familiar with the matters hereinafter set forth, except as may be otherwise indicated.

2. Nu Image, Inc.'s affiliates Double Life Productions, Inc. and Alta Vista Productions, Inc. (collectively "Nu Image") acquired certain rights and then produced the motion picture which is at issue in this action, "The Expendables" (the "Film"). In connection with the development and production of that project, Nu Image retained the services of Sylvester Stallone as an actor, director and writer for the Film. In addition, Nu Image acquired from Warner Bros. Pictures the rights to the draft screenplay entitled "Barrow," which David Callaham had written for Warner Bros. and which was later revised by Stallone for the Film.

1152366

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2012.

_____

Trevor Short