```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARCUS WEBB,                        :
                                    :
            Plaintiff,              :
                                    :
      -v-                           :      11 Civ. 7517 (JSR)
                                    :
SYLVESTER STALLONE et al.,          :      ORDER
                                    :
            Defendants.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On March 15, 2012, the defendants in this action moved for summary judgment on plaintiff Webb's claim of copyright infringement and for dismissal of Webb's Second Amended Complaint in its entirety. The parties extensively briefed the relevant issues, and the Court heard oral argument on April 26, 2012. Having now fully considered the matter, the Court hereby grants defendants' motion in all respects. A written opinion stating the reasons for this ruling will issue in due course, and final judgment will not be entered until that opinion issues. In the interim, all further proceedings in this case are stayed. The Clerk of the Court is hereby directed to close document number twenty-nine on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 22, 2012