UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
MARCUS WEBB,

                Plaintiff,

-against-

SYLVESTER STALLONE, et al.,

                Defendants.
------------------------------------------------------------

Civil Action No. 1:11-cv-07517 (JSR)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendants' motion for an award of costs and attorneys fees, Docket Nos. 66 through 68, and any further proceedings thereon (including plaintiff's time to respond to motion), are stayed pending (a) resolution by the United States Court of Appeals for the Second Circuit of plaintiff's anticipated appeal from this Court's judgment entered December 27, 2012 (Docket No. 65) and the orders underlying the judgment (including the Memorandum Order, Docket No. 64, and the Order, Docket No. 61), or (b) further order of the Court.

45575/0001-9192091v1

Dated: January 18, 2013

        JEFFREY A. SUNSHINE, P.C.
        Attorneys for Plaintiff
        3000 Marcus Avenue – Suite 2E5
        Lake Success, New York 11042

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        By: _____
        David M. Kohane, Esq.
        Attorneys for Plaintiff
        900 Third Avenue, 16th Floor
        New York, New York 10022

        -and-

        PRYOR CASHMAN LLP

        By: _____
        Tom J. Ferber
        Attorneys for Defendants
        7 Times Square
        New York, New York 10036-6569

SO ORDERED:

_____
U.S.D.J.
January 26, 2013

2